FILED
2013 Jun-10 PM 06:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **JOSEPH ALLEN CLEMENTS, II,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO:7:12-cv-02880- |
| | ) LSC |
| | ) |
| v. | ) |
| | ) |
| **MICHELIN NORTH AMERICA,** | ) |
| **INC., a corporation,** | ) |
| | ) |
| | ) |
| Defendant. | |

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

COMES NOW the Plaintiff, by and through the undersigned counsel and certifies that on June 10, 2013 he served a true and correct copy of the following on all counsel of record:

1. Plaintiff's Expert Disclosures.

Respectfully submitted this the 10th day of June, 2013.

/s/ Thomas P. Willingham
Thomas P. Willingham (ASB-3814-A63T)
Mary Leah Miller (ASB-8567-Y67S)
Law Office of Thomas P. Willingham, P.C.
3800 Colonnade Parkway, Suite 330
Birmingham, Alabama 35243
(205) 298-1011 - Telephone
(205) 298-1012 - Facsimile
tom@tpwpc.com
maryleah@tpwpc.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th of June, 2013 I electronically filed the foregoing NOTICE OF SERVICE OF DISCOVERY MATERIALS with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Robert Monyak
Sharon L. Neal (admitted pro hac vice)
Suneel C. Gupta (admitted pro hac vice)
PETERS & MONYAK, LLP
One Atlanta Plaza, Suite 2275
950 East Paces Ferry Rd., N.E.
Atlanta, Georgia 30326
sneal@petersmonyak.com
gupta@petersmonyak.com

Michael D. McKibben (ASB-6346-K62M)
John D. Watson III (ASB-3029-T73J)
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

Kate Helm (admitted pro hac vice)
Nelson, Mullins, Riley & Scarborough
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363


                                               /s/ Thomas P. Willingham
                                               OF COUNSEL